IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Gerald Walters,

    Petitioner,

                                                                        Case No. 20-cv-491-wmc

    v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner Gerald Walters reinstating the time for filing a notice of appeal in case number 18-cr-166-wmc-11. The petitioner has 14 days to perfect his appeal.

    s/V. Olmo, Deputy Clerk                6/1/2020
    Peter Oppeneer, Clerk of Court          Date